FILED: November 3, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4519
(6:20-cr-00471-HMH-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ZAVIEN LENOY CANADA

    Defendant - Appellant

_____

O R D E R

_____

This case is calendared for oral argument on December 5, 2023.

Upon consideration of appellant's motion to file a pro se supplemental brief, the court denies the motion.

Upon consideration of the government's motion to hold appeal in abeyance, the court denies the motion.

        For the Court

        /s/ Nwamaka Anowi, Clerk