Office of the Federal Public Defender
District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 344-0600
cullen_macbeth@fd.org

**James Wyda**                                                                                **Cullen Macbeth**
Federal Public Defender                                      Assistant Federal Public Defender

November 24, 2023

Nwamaka Anowi, Clerk
United States Court of Appeals
for the Fourth Circuit
1100 East Main Street, 5th Floor
Richmond, VA 23219

       Re: *United States v. Canada*, No. 22-4519

Dear Ms. Anowi:

       Since the briefing in this appeal was completed, numerous courts have issued opinions rejecting the government's argument that only "law-abiding, responsible citizens" are among "the people" protected by the Second Amendment. *See* RB.22. We write to alert the Court to those cases, which hold that felons (such as Canada) are members of "the people" at *Bruen* step one. *See, e.g.*, *Range v. Att'y Gen.*, 69 F.4th 96, 101-03 (3d Cir. 2023) (en banc); *United States v. Mitchell*, 2023 WL 8006344, at *3-4 (S.D.N.Y. Nov. 17, 2023) (Carter, J.); *United States v. Prince*, 2023 WL 7220127, at *4-5 (N.D. Ill. Nov. 2, 2023) (Gettleman, J.) (holding § 922(g)(1) violates the Second Amendment on its face); *United States v. Jackson*, ___ F. Supp. 3d ___, 2023 WL 7160921, at *5-6 (N.D. Ill. Oct. 31, 2023) (Bucklo, J.); *United States v. Ford*, 2023 WL 7131742, at *2 (S.D.N.Y. Oct. 30, 2023) (Schofield, J.); *United States v. Brooks*, 2023 WL 6880419, at *2 (E.D. Ky. Oct. 18, 2023)

(Bunning, J.); *United States v. Denruyter*, 2023 WL 8098783, at *2-5 (E.D. Wis. Oct. 17, 2023); *United States v. Coleman*, 2023 WL 6690935, at *5-11 (E.D. Va. Oct. 12, 2023); *United States v. Johnson*, 2023 WL 6690388, at *3 (N.D. Ill. Oct. 12, 2023) (Durkin, J.); *United States v. Levasseur*, 2023 WL 6623165, at *2-5 (D. Me. Oct. 11, 2023); *United States v. White*, 2023 WL 6066201, at *4 (S.D.N.Y. Sept. 18, 2023) (Roman, J.); *United States v. Johnson*, 2023 WL 6049529, at *4-5 & n.5 (W.D. Okla. Sept. 15, 2023) (Palk, J.); *United States v. Gates*, 2023 WL 5748362, at *4-5 (N.D. Ill. Sept. 6, 2023) (Chang, J.); *United States v. Lane*, 2023 WL 5614798, at *2 (D. Vt. Aug. 24, 2023); *United States v. Davila*, ___ F. Supp. 3d ___, 2023 WL 5361799, at *2 (S.D.N.Y. Aug. 22, 2023) (Rakoff, J.); *United States v. Quailes*, ___ F. Supp. 3d ___, 2023 WL 5401733, at *6-7 (M.D. Pa. Aug. 22, 2023); *United States v. Nordvold*, 2023 WL 5596623, at *3-4 (D.S.D. Aug. 1, 2023) (Moreno, J.); *United States v. Holmes*, 2023 WL 4494340, at *1 (E.D. Mich. July 12, 2023); *United States v. Bullock*, ___ F. Supp. 3d ___, 2023 WL 4232309, at *20-21 (S.D. Miss. June 28, 2023); *United States v. Hernandez*, ___ F. Supp. 3d ___, 2023 WL 4161203, at *3-4 (N.D. Tex. June 23, 2023) (Boyle, J.); *United States v. Melendrez-Machado*, ___ F. Supp. 3d ___, 2023 WL 4003508, at *3-4 (W.D. Tex. June 14, 2023) (Montalvo, J.); *United States v. Ware*, 2023 WL 3568606, at *4-5 (S.D. Ill. May 19, 2023); *see also United States v. Gray*, 2022 WL 16855696, at *2 (D. Colo. Nov. 10, 2022); *United States v. Price*, 635 F. Supp. 3d 455, 464 (S.D. W. Va. 2022).

Numerous courts have also rejected the government's "law-abiding, responsible citizens" argument in the context of different § 922 subsections, holding that other supposedly non-law-abiding, irresponsible groups (such as drug users, unlawful aliens, domestic abusers, and felony indictees) are among "the people" protected by the Second Amendment's plain text. *See, e.g., United States v. Okello*, ___ F. Supp. 3d ___, 2023 WL 5515828, at *3 (D.S.D. Aug. 25, 2023) (Schreier, J.); *United States v. Espinoza-Melgar*, ___ F. Supp. 3d ___, 2023 WL 5279654, at *3 (D. Utah Aug. 16, 2023) (Kimball, J.); *United States v. Springer*, 2023 WL 4981583, at *2 (N.D. Iowa Aug. 3, 2023); *United States v. Brown*, ___ F. Supp. 3d ___, 2023 WL 4826846, at *5-6 (D. Utah July 27, 2023) (Parrish, J.); *United States v. Alston*, 2023 WL 4758734, at *6-8 (E.D.N.C. July 18, 2023); *United States v. Lewis*, ___ F. Supp. 3d ___,

2023 WL 4604563, at *4-7 (S.D. Ala. July 18, 2023); *United States v. Silvers*, ___ F. Supp. 3d ___, 2023 WL 3232605, at *5-7 (W.D. Ky. May 3, 2023); *United States v. Connelly*, ___ F. Supp. 3d ___, 2023 WL 2806324, at *4 (W.D. Tex. Apr. 6, 2023) (Cardone, J.); *United States v. Guthery*, 2023 WL 2696824, at *6 (E.D. Cal. Mar. 29, 2023) (Mueller, C.J.); *United States v. Bartucci*, ___ F. Supp. 3d ___, 2023 WL 2189530, at *4-6 (E.D. Cal. Feb. 23, 2023) (Drozd, J.); *United States v. Gore*, 2023 WL 2141032, at *2 (S.D. Ohio Feb. 21, 2023); *United States v. Combs*, 654 F. Supp. 3d 612, 616-17 (E.D. Ky. 2023) (Reeves, C.J.); *United States v. Ryno*, No. 3:22-cr-45-JMK0MMS, ECF 49 at 13-19 (D. Alaska Feb. 1, 2023); *United States v. Rowson*, 652 F. Supp. 3d 436, 457-63 (S.D.N.Y. 2023) (Engelmayer, J.); *United States v. Lewis*, 650 F. Supp. 3d 1235, 1237-38 (W.D. Okla. 2023) (Friot, J.); *United States v. Reaves*, No. 4:22-cr-224-HEA, ECF 55 at 16 (E.D. Mo. Jan. 9, 2023); *United States v. Hicks*, 649 F. Supp. 3d 357, 361-62 (W.D. Tex. 2023) (Albright, J.); *United States v. Carbajal-Flores*, 2022 WL 17752395, at *2-3 (N.D. Ill. Dec. 19, 2022) (Coleman, J.); *United States v. Stambaugh*, 641 F. Supp. 3d 1185, 1189 (W.D. Okla. 2022) (Wyrick, J.); *United States v. Jackson*, 622 F. Supp. 3d 1063, 1066 (W.D. Okla. 2022) (DeGiusti, J.).

          Sincerely,

          /s/ Cullen Macbeth
          Cullen Macbeth

          /s/ Louis Lang
          Louis Lang

cc: via ECF to Counsel of Record