Office of the Federal Public Defender
District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 344-0600
cullen_macbeth@fd.org

**James Wyda**                                                                                    **Cullen Macbeth**
**Federal Public Defender**                                              **Assistant Federal Public Defender**

November 24, 2023

Nwamaka Anowi, Clerk
United States Court of Appeals
for the Fourth Circuit
1100 East Main Street, 5th Floor
Richmond, VA 23219

    Re: *United States v. Canada*, No. 22-4519

Dear Ms. Anowi:

    Canada's briefing explains that *Bruen* articulated two different historical tests, from which courts should choose depending on the kind of problem a regulation addresses: (1) a "straightforward" and "relatively simple" inquiry for statutes addressing longstanding societal problems, which requires the government to show a tradition of "distinctly similar" historical precursors, and (2) a "more nuanced" inquiry for statutes addressing "unprecedented" societal problems that were "unimaginable" at the founding, which requires the government to demonstrate a tradition of "relevantly similar" historical analogues. Opening Br. 11-13; Reply Br. 14-15; *see New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111, 2131-32 (2022).

1

Since the briefing in this appeal was completed, numerous courts have issued opinions recognizing that *Bruen* establishes this bifurcated review—a "distinctly similar" inquiry on the one hand, and a "relevantly similar" inquiry on the other. We write to inform the Court of those opinions. *See, e.g.*, *Baird v. Bonta*, 81 F.4th 1036, 1046-47 (9th Cir. 2023); *United States v. Daniels*, 77 F.4th 337, 342-44 (5th Cir. 2023); *Teter v. Lopez*, 76 F.4th 938, 954 (9th Cir. 2023); *Range v. Att'y Gen.*, 69 F.4th 96, 103 (3d Cir. 2023) (en banc); *United States v. Canales*, 2023 WL 8092078, at *2, 7 n.4 (E.D. Pa. Nov. 20, 2023) (Marston, J.); *United States v. Drake*, 2023 WL 8004876, at *5 (N.D. Ind. Nov. 16, 2023); *United States v. Prince*, 2023 WL 7220127, at *2, 5-6, 8 (N.D. Ill. Nov. 2, 2023) (Gettleman, J.); *United States v. Coleman*, 2023 WL 6690935, at *12 (E.D. Va. Oct. 12, 2023) (Novak, J.); *United States v. Johnson*, 2023 WL 6690388, at *2, 5 (N.D. Ill. Oct. 12, 2023) (Durkin, J.); *United States v. Watson*, 2023 WL 6623774, at *3 (E.D. Wis. Oct. 11, 2023); *United States v. Jenkins*, ___ F. Supp. 3d ___, 2023 WL 6534200, at *3 (E.D. Pa. Oct. 6, 2023) (Beetlestone, J.); *United States v. Patton*, 2023 WL 6230413, at *3 (D. Neb. Sept. 26, 2023); *United States v. Green*, 2023 WL 6164407, at *2 (E.D. Pa. Sept. 21, 2023) (Diamond, J.); *United States v. Reichenbach*, 2023 WL 5916467, at *3-4 (M.D. Pa. Sept. 11, 2023) (Brann, C.J.); *United States v. Harper*, 2023 WL 5672311, at *4, 10 (M.D. Pa. Sept. 1, 2023) (Wilson, J.); *United States v. Davila*, ___ F. Supp. 3d ___, 2023 WL 5361799, at *1 (S.D.N.Y. Aug. 22, 2023); *United States v. Marique*, 2023 WL 5338069, at *2 (D. Md. Aug. 18, 2023) (Messitte, J.); *McCloskey v. Flowers*, 2023 WL 5095701, at *1 (S.D. Ga. Aug. 9, 2023); *Wolford v. Lopez*, ___ F. Supp. 3d ___, 2023 WL 5043805, at *25-26 (D. Haw. Aug. 8, 2023); *United States v. Brown*, ___ F. Supp. 3d ___, 2023 WL 4826846, at *7-9 (D. Utah July 27, 2023); *United States v. Gil*, 2023 WL 4356067, at *5 (W.D. Tex. July 5, 2023) (Briones, J.); *United States v. Endsley*, 2023 WL 7354020, at *2-3 (D. Alaska June 5, 2023); *Fraser v. Bureau of Alcohol, Tobacco, Firearms & Explosives*, ___ F. Supp. 3d ___, 2023 WL 3355339, at *21 (E.D. Va. May 10, 2023) (Payne, J.); *Worth v. Harrington*, ___ F. Supp. 3d ___, 2023 WL 2745673, at *5, 13, 15 (D. Minn. Mar. 31, 2023); *see also, e.g.*, *United States v. Harrison*, 654 F. Supp. 3d 1191, 1198-99 (W.D. Okla. 2023) (Wyrick, J.); *United States v. Lewis*, 650 F. Supp. 3d 1235, 1238-39

2

(W.D. Okla. 2023) (Friot, J.); *United States v. Robertson*, 2023 WL 131051, at *2, 6 n.4 (D. Md. Jan. 9, 2023) (Simms, J.).

        Sincerely,

        <u>/s/ Cullen Macbeth</u>
        Cullen Macbeth

        <u>/s/ Louis Lang</u>
        Louis Lang

cc: via ECF to Counsel of Record