MB/RM

RECEIVED
2024 FEB 28 P 1:34
CLERK OF APPEALS
FOURTH CIRCUIT

Zavien Lenoy Canada #16639-171
U.S. Court of Appeals 4th Circuit, Appeals no. "22-4519"
"37 month Supervised Release Violation Concurrent"

Dear Clerk,

I am writing you to inquire about the status of my "Appeal" that took place on December 5, 2023; and to ask you and or the Courts, how do I go about receiving my "reduction of Sentence" for "Amendment 821" "November 1, 2023" "Law(s)", that are now "Retroactive" as of "February 1, 2024" for "Subpart 1 and Parts A and B of Amendment 821". Part "A" of Amendment 821 (Status Points) applies to me and my case(s) due to the fact that I was on Supervised Release (Federal) Probation (See U.S. District Court Case no. 6:09-CR-00415-HMH-GRA-1) When I caught the new charge or case of 922(g)(1) and 924(e), (See U.S. Court of Appeals 4th Circuit Appeals Case no's. 22-4519 and 21-4455) in the matter. Be advised, that I am "Laymen" to Law, and the "Rules and Procedures" of the Courts are too "Trivial" and "Complex" for me. Can you please provide me with Counsel and with the guiding hand of Counsel

Zavien Leroy Canada #16639-171
U.S. Penitentiary Victorville
P.O. Box #3900
Adelanto, CA. 92301

SN BERNARDINO CA 923
22 FEB 2024 PM 6 L

Legal Mail

RECEIVED
U.S. MARSHALS

Lewis F. Powell, Jr. United States Courthouse, Annex
U.S. Court of Appeals, for the Fourth Circuit
1100 East Main Street, Suite #501
Richmond, VA. 23219-3525

Legal Mail

23219-353858

Lewis F. Powell, Jr. United States Courthouse Annex
U.S. Court of Appeals, For the Fourth Circuit
1100 East Main Street, Suite #501
Richmond, VA. 23219-3525