TAF/JC
22-4519

Dear Clerk,

I am writing you to inform you of my change of address and to inquire about any but all updates in reference to U.S. District Court Case no. 6:20-CR-00471-HMH-1 and U.S. Court of Appeals for the Fourth Circuit Appeals Case no. 22-4519, in the matter. Can you please contact me back at my new address that's listed below. Thank you for your Time, understanding, and concern.

Sincerely,

Date: 5-27-2024

Zavien Leroy Canada (Pro Se)
Zavien Lenob Canada (Pro Se)
#16639-171
U.S. Penitentiary Canaan
P.O. Box #300
Waymart, PA. 18472

RECEIVED
2024 JUN -3 P 2:36
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Legal Mail

Xavien Canada #16639-171
U.S. Penitentiary Canaan
P.O.Box #300
Waymart, PA. 18472

THIS CORRESPONDENCE IS
FROM AN INMATE CURRENTLY
IN THE CUSTODY OF THE
FEDERAL BUREAU OF PRISONS

Legal Mail

LEHIGH VALLEY PA 180
30 MAY 2024 PM 3 L

RECEIVED
U.S. MARSHALS

U.S. Court of Appeals
For the Fourth Circuit
1100 East Main Street, Suite 50
Richmond, VA. 23219

USA
FOREVER